**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 3-20-06

DIGITAL RECORDING: 3:32 - 3:59
4:57 - 5:10

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☒ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd      DEPUTY CLERK: sql

CASE NO.: 2:06mj33-DRB      DEFT. NAME: Kenneth O'BRIEN

USA: Brunson      ATTY: Bethel

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES  NAME: _____

☐ kars.       Date of Arrest 3-20-06  or  ☒ karsr40  Rule 5
☐ kia.        Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☐ kcnsl.      Deft. First Appearance with Counsel
☐             Deft. First Appearance without Counsel ✓
☐             Requests appointed Counsel  ☒ ORAL MOTION for Appointment of Counsel
☐ kfinaff.    Financial Affidavit executed  ☐ to be obtained by PTSO
☐ koappted    ORAL ORDER appointing Community Defender Organization ✓ - Notice to be filed.
☐ k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐             Deft. Advises he will retain counsel. Has retained _____
☐             Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐             Government's WRITTEN Motion for Detention Hrg. filed.
☒ kdmhrg.     Detention Hearing ☒ held; ☐ set for _____
☐ kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.      ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls.  Release order entered. Deft. advised of conditions of release
☐ kbnd.       ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
              ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☒ kloc.(LC)   Bond NOT executed. Deft to remain in Marshal's custody
☐             Preliminary Hearing ☐ Set for _____
☐ ko.         Deft. ORDERED REMOVED to originating district
☐ kwvprl.     Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐             Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ karr.       ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
              ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
              DISCOVERY DISCLOSURES DATE: _____
☐ krmknn.     NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.    Identity/Removal Hearing set for _____
☐ kwvspt      Waiver of Speedy Trial Act Rights Executed

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

UNITED STATES OF AMERICA

VS.                                    CR. NO. 2:06mj33-DRB

KENNETH J. O'BRIEN

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. Tamara Martin |
| 2. | 2. John Stahl |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |